Francis R. Holbrook, Appellant, v. Arthur Kennedy, Respondent.— Judgment and order affirmed, with costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Nan Bauman, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry F. Wilson, Jr., Appellant, v. Henry Emanuel and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Clarke and Scott, JJ., dissented.)

The People of the State of New York, Respondent, v. Louis Locurto, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Dora Rootman, Respondent, v. The City of New York, Appellant. Wolf Rootman, Respondent, v. The City of New York, Appellant.— Judgments and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Norma Romann, Appellant, v. The Board of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham. P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Arnon L. Squiers, as Trustee in Bankruptcy for Jacob A. Ondrak, Plaintiff, v. Hattie Scheuer and Others, Defendants, Respondents. In the Matter of the Application of Hattie Scheuer and Others, Respondents, to Remove John E. Connelly as Receiver of the Property of Hattie Scheuer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York ex rel. Frank B. Willard, Respondent, v. General Reduction Company and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Val Trainor, Respondent, for a Writ of Mandamus against the White Rats Actors' Union of America, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ. (Ingraham, P. J., and Laughlin, J., dissented.)

Manhattan Shirt Company, Respondent, v. Joseph L. Reiling and Carl Schoen, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

A. J. Hague & Company, Respondent, v. Silverberg Import Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.